■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MUÑOZ, Appellant. [849 NYS2d 188]—Judgment, Supreme Court, New York County (James Yates, J.), rendered on or about January 19, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Saxe, Nardelli, Williams and Moskowitz, JJ.